| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Carnes, Julie E | 2. Court or Organization<br><br>Northern District, Georgia | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,     Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>2167 U.S. Courthouse<br>75 Spring St. SW<br>Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 16 2 01 PM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carnes, Julie E | 5/10/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2004 | Attorney (self-employed in partnership) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carnes, Julie E | 5/10/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS   – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   DeKalb Co. GA Hosp. Auth. | A | Interest | J | T | Redeemed | 1/09 | K | A | |
| 2.   Assoc. & Fed. Emp. Cr. | B | Interest | L | T | | | | | |
| 3.   Ga. Mun. Elec. Auth. AMBAC | A | Interest | J | T | Redeemed | 1/05 | K | A | |
| 4.   Gwinnett Co. GA Wtr & Swr | A | Interest | J | T | | | | | |
| 5.   Smith Barney Money Funds | A | Interest | O | T | Continuing | | | | |
| 6.   SunTrust Bank | D | Interest | M | T | | | | | |
| 7.   SunTrust Bank (Trustee) | A | Interest | J | T | | | | | |
| 8.   U.S. Treasury Notes | C | Interest | L | T | | | | | |
| 9.   Wachovia Bank | A | Interest | L | T | | | | | |
| 10.   American Fund (AMCAP Fund) | A | Dividend | J | T | | | | | |
| 11.   American Fund (Washington Mutual Inv) | A | Dividend | J | T | | | | | |
| 12.   American Fund (Capital World Bond Fund) | A | Dividend | J | T | | | | | |
| 13.   American Fund (Euro Pacific Growth Fund) | A | Dividend | J | T | | | | | |
| 14.   American Fund (Investment Co. of America) | A | Dividend | J | T | | | | | |
| 15.   American Fund (New Perspective Fund) | A | Dividend | J | T | | | | | |
| 16.   American Fund (New Economy Fund) | A | Dividend | J | T | | | | | |
| 17.   Time Warner Inc. | A | Dividend | J | T | | | | | |
| 18.   American International Group (AIG) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Amgen | A | Dividend | K | T | | | | | |
| 20. J. P. Morgan Chase (Bank One Corp Com merger) | A | Dividend | J | T | Part Sell | 1/15 | J | | |
| 21. J. P. Morgan Chase (Bank One Corp Com merger) | A | Dividend | J | T | Merger | 7/01 | J | | |
| 22. Berkshire Hathaway Inc. | A | Dividend | K | T | | | | | |
| 23. Cablevision Systems Corp. | A | Dividend | J | T | Sell | 6/22 | J | | |
| 24. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 25. Coca Cola Company | A | Dividend | J | T | | | | | |
| 26. Dell Computer Corp. | A | Dividend | J | T | Part Sell | 8/11 | J | | |
| 27. Walt Disney Holding Co. | A | Dividend | J | T | | | | | |
| 28. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 29. General Electric Company | A | Dividend | J | T | | | | | |
| 30. Encana Corp. CAD | A | Dividend | J | T | Buy | 4/22 | J | | |
| 31. Freescale Semiconductor (Motorola spinoff) | A | Dividend | J | T | Spinoff | 12/03 | J | | |
| 32. Gillette | A | Dividend | J | T | Sell | 6/22 | J | | |
| 33. Gillette | A | Dividend | J | T | Sell | 8/11 | J | | |
| 34. Home Depot | A | Dividend | K | T | | | | | |
| 35. Biogen IDEC Pharmaceuticals | A | Dividend | J | T | | | | | |
| 36. Intel Corp. | A | Dividend | J | T | Part Sell | 8/11 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A. =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2). | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 38. Liberty Media Corp. A | A | Dividend | J | T | Part sell | 8/02 | J | | |
| 39. Merck & Co. | A | Dividend | J | T | Sell | 11/04 | J | | |
| 40. Microsoft | A | Dividend | K | T | | | | | |
| 41. Motorola Inc. | A | Dividend | J | T | | | | | |
| 42. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 43. St. Paul Travelers Companies | A | Dividend | J | T | | | | | |
| 44. Texas Instruments | A | Dividend | J | T | Part Sell | 8/11 | J | | |
| 45. Wells Fargo & Co. New | A | Dividend | J | T | | | | | |
| 46. Municipal Elec Auth GA (#1) | D | Interest | M | T | | | | | |
| 47. Savannah GA Hosp. Au. | D | Interest | M | T | | | | | |
| 48. Schwab Money Market Fund | A | Interest | K | T | | | | | |
| 49. Vanguard Index Fund 500 | A | Dividend | L | T | | | | | |
| 50. Janus Worldwide Fund | A | Dividend | K | T | | | | | |
| 51. Value Line Special Situations Fund | A | Dividend | K | T | | | | | |
| 52. Schwab Value Advanatage | A | Interest | K | T | | | | | |
| 53. Columbia County GA | B | Interest | L | T | | | | | |
| 54. Regions Bank | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 55. Citibank | B | Interest | L | T | | | | | |
| 56. ING | B | Interest | L | T | | | | | |
| 57. Prudential Financial Annuity | A | Dividend | O | T | | | | | |
| 58. Schwab Bank | A | Interest | L | T | Redeemed | 1/30 | L | A | |
| 59. NBT Bank NA | B | Interest | L | T | | | | | |
| 60. Doral Bank | A | Interest | L | T | | | | | |
| 61. Capitol One Bank | C | Interest | L | T | | | | | |
| 62. NYS Env FACS CRP St. | A | Interest | J | T | | | | | |
| 63. Utah St. RFDG-Ser B | A | Interest | J | T | | | | | |
| 64. Harris Cnty Tex RFDG | A | Interest | J | T | | | | | |
| 65. Minneapolis Minn SPL SCH | A | Interest | J | T | | | | | |
| 66. Broward Cnty FLA Wtr & | A | Interest | J | T | | | | | |
| 67. Cook Cnty Ill CMNTY HSD | A | Interest | J | T | | | | | |
| 68. Mercantile Bank | A | Interest | L | T | Buy | 6/30 | L | | |
| 69. Peoples B&T Bank | A | Interest | L | T | Buy | 6/30 | L | | |
| 70. Shorebank | A | Interest | L | T | Buy | 6/30 | L | | |
| 71. Municipal Elec A ElecGA (#2) | A | Interest | M | T | Buy | 6/21 | L | | |
| 72. Treasury Bank, NA | B | Interest | L | T | Buy | 8/16 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Carnes, Julie E | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. Georgia St Ser D | A | Interest | L | T | Buy | 8/09 | L | | |
| 74. Georgia St Ser F | A | Interest | L | T | Buy | 8/03 | L | | |
| 75. Fulton Co. GA Wtr & Swrg Rev | A | Interest | K | T | Buy | 8/26 | K | | |
| 76. Georgia Hsg & Fin AU Single Fam Mtg Ser B (#2) | A | Interest | K | T | Buy | 9/29 | K | | |
| 77. Georgia Hsg & Fin AU Single Fam Mtg Ser B (#2) | A | Interest | K | T | Buy | 9/29 | K | | |
| 78. Cobb Co GA Dv AU Unv FACS Lse Rev (Kenn St Unv FDTN) (#1) | A | Interest | K | T | Buy | 9/29 | K | | |
| 79. Cobb Co GA Dv AU Unv FACS Lse Rev (Kenn St Unv FDTN) (#2) | A | Interest | J | T | Buy | 10/28 | J | | |
| 80. Cobb Co GA Dv AU Unv FACS Lse Rev (Kenn St Unv FDTN) (#3) | A | Interest | J | T | Buy | 10/28 | J | | |
| 81. Floyd Co GA Sch Dist G/O | A | Interest | L | T | Buy | 9/08 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carnes, Julie E | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carnes, Julie E | 5/10/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _5/10/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544